IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
GEORGIA ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-31-CAR-CHW |
| TYQUAN WILLIAMS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is the Defendant Tyquan Williams' Motion to Continue [Doc. 15] the pretrial conference scheduled for March 8, 2023, and the trial, which is set to begin on April 3, 2023, in Athens, Georgia. On December 15, 2022, the Grand Jury returned a one-count indictment charging Defendant with Possession of a Firearm by a Convicted Felon. On January 12, 2023, Defendant was arrested, and on January 31, 2023, he pled not guilty at his arraignment and was ordered detained pending trial. This is Defendant's first request for a continuance, and the Government does not oppose it.

In the Motion, Defense Counsel represents that he received the first round of discovery on February 9, 2023, and expected to receive the second round of discovery on February 27, 2023. Thus, additional time is needed for counsel to receive and review the discovery with Defendant. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a

continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Motion to Continue Trial [Doc. 15] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the June 12, 2023 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 28th day of February, 2023.

                                              s/ C. Ashley Royal_____
                                              C. ASHLEY ROYAL, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT