IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> TYQUAN WILLIAMS, <br><br> *Defendant.* | CRIMINAL ACTION NO. <br> 3:22-cr-00031-TES-CHW |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Tyquan Williams' Unopposed Motion for Continuance [Doc. 27]. On December 15, 2022, the Government obtained an indictment charging Defendant with Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). [Doc. 1]. Defendant entered a plea of not guilty on January 31, 2023. [Doc. 11].

Defendant seeks a continuance because he needs time to review discovery with counsel and prepare a defense. [Doc. 27, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 27], and this case and its pretrial conference are **CONTINUED** to the Court's next trial term—beginning August 7, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations

required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 5th day of April, 2023.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**